# MEMORANDUM DECISIONS.

Miami Electric Railway Company et al., Appellants, v. Mabel Pierce et al., Appellees.

(Supreme Court of Florida, *En Banc,* January Term, 1910.)

Hudson & Boggs, for the motion.

No counsel contra.

Appeal from the Circuit Court for Dade County; Minor S. Jones, Judge.

Appeal dismissed on motion of counsel for Appellees.

---

C. H. Davis et al., Appellants, v. County of Manatee et al., Appellees.

(Supreme Court of Florida, *En Banc,* January Term, 1910.)

Appeal from the Circuit Court for Manatee County; J. B. Wall, Judge.

Appeal dismissed on praecipe of counsel.